UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDISON CORTEZ**, *et al.*, | 1:14-cv-01060-LJO-SAB |
| **Plaintiffs,** | **ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION** |
| v. | |
| **WELLS FARGO, N.A.**, *et al.*, | |
| **Defendants.** | |

   Edison Cortez and Severina Cortez ("Plaintiffs"), acting pro se, filed this complaint against Wells Fargo N.A, Eric Juarez, Barrett Daffin Frappier & Weiss, LLP, and Does 1-50 ("Defendants") for intentional misrepresentation and unfair and deceptive business practices in violation of California Civil Code § 2924 and fraud in violation of 18 U.S.C. §§ 1001, 1341, and 1343. Plaintiffs also named Orchard Terrace Estates, LLC as a Third-Party Defendant ("Third-Party Defendant"). Doc. 1. In a July 11, 2014 Order, United States Magistrate Judge Stanley A. Boone found that the complaint should be dismissed for failure to state a claim, and provided Plaintiffs with an opportunity to submit a written memorandum opposing dismissal along with a proposed amended complaint. Doc. 4.

   A district court may dismiss a claim *sua sponte* under Federal Rule of Civil Procedure 12(b)(6) if the Court gives notice of its intention to dismiss and affords the plaintiff an opportunity to submit a written memorandum in opposition to *sua sponte* dismissal. *Lee v. City of Los Angeles*, 250 F.3d 668, 683 n.7 (9th Cir. 2001). Moreover, district courts have authority to dismiss actions *sua sponte* for lack of jurisdiction. *Franklin v. Or. State Welfare Division*, 662 F.2d 1337, 1342 (9th Cir. 1981).

   Magistrate Judge Boone's July 11 Order articulated valid reasons why this Court does not have

jurisdiction over Plaintiffs' complaint. Magistrate Judge Boone afforded Plaintiffs an opportunity to submit a memorandum opposing dismissal. Plaintiffs failed to respond. Accordingly and for the reasons set forth in Magistrate Judge Boone's July 11 Order, the Complaint is DISMISSED WITHOUT LEAVE TO AMEND. The Clerk of Court is directed to close this case and administratively terminate the pending motion to dismiss (Doc. 5).

**SO ORDERED**
**Dated: September 18, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**